# United States Court of Appeals
## For the First Circuit

No. 11-2237

MUHAMMAD SALEEM SHEIKH,

Petitioner,

v.

ERIC H. HOLDER, JR., United States Attorney General,

Respondent.

ERRATA SHEET

The opinion of this Court issued on October 10, 2012 is amended as follows:

Page 2, footnote 1: "Sheik's" is corrected to "Sheikh's".
Page 3, line 1: "Sheik" is corrected to "Sheikh".
Page 3, line 2: "Sheik" is corrected to "Sheikh".
Page 3, line 4: "Sheik" is corrected to "Sheikh".
Page 4, line 23: "F. 3d" is corrected to "F.3d".